```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BAKEMARK USA LLC,

                              Plaintiff,

              -against-

BRIAN NEGRON, JOSE NEGRON JR,
BAKERS DEPOT LLC, and
NF TRANSPORTATION LLC,

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/10/2023__

23 Civ. 2360 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated May 9, 2023. ECF No. 43. The parties "request that the Court consider [the parties' discovery dispute] on an expedited basis given the upcoming May 19[, 2023] expedited discovery deadline." *Id.* at 7; *see also* ECF No. 41. The Court shall refer the parties' discovery dispute to the Honorable Barbara C. Moses in a separate order. Should the parties seek to modify the existing preliminary injunction discovery and briefing schedule, ECF No. 41, they shall so inform Judge Moses and address those requests to the undersigned.

    SO ORDERED.

Dated: May 10, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge