UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKEMARK USA LLC,

        Plaintiff,

-against-

BRIAN NEGRON, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/2023
```

23-CV-2360 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court is in receipt of plaintiff's motion (Dkt. 44) requesting that Exhibit 3 to the parties' joint letter dated May 9, 2023 (Joint Letter) (Dkt. 43), which is separately filed under seal at Dkt. 46, remain under seal.

      Plaintiff argues that sealing or redacting is warranted because the documents comprising Exhibit 3 contain "the names of BakeMark's customers, invoices identifying sensitive customer information[], and screenshots of the system where BakeMark's confidential customer information is stored." Pl. Mem. (Dkt. 45) at 1-2. The Court has carefully considered the sealing request and the documents at issue under the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). As plaintiffs note, courts in this District routinely grant sealing requests when they contain "sensitive commercial information." Pl. Mem. at 3 (citing *Julian v. MetLife, Inc.*, 2021 WL 3887763, at *15 (S.D.N.Y. Aug. 31, 2021), *leave to appeal denied sub nom. McKinney v. Metro. Life Ins. Co.*, 2021 WL 7451180 (2d Cir. Dec. 21, 2021); *Lexington Furniture Indus., Inc. v. Lexington Co., AB*, 2021 WL 1143694, at *2 (S.D.N.Y. Mar. 24, 2021)). For the reasons stated in plaintiff's memorandum, the Court finds that plaintiff's request to seal is sufficiently "narrowly tailored to serve that interest." *Lugosch*, 435 F.3d at 120. The motion is therefore GRANTED, and the document at Dkt. 46 shall remain under seal.

      The Clerk of Court is respectfully directed to close the motion at Dkt. 44. The Clerk of Court need not alter the viewing levels of any documents filed on the Court's electronic docket.

Dated: New York, New York
       May 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**