UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKEMARK USA LLC,

        Plaintiff,

-against-

BRIAN NEGRON, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2023

23-CV-2360 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In accordance with the June 26, 2023 Order issued by the Hon. Analisa Torres, United States District Judge (Dkt. 83), Judge Moses will hold an evidentiary hearing on **August 7, 2023, at 10:00 a.m.**, in Courtroom 20A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The following schedule shall apply to these proceedings:

1.    Subpoenas. Any subpoena compelling the attendance of a non-party witness at the hearing must be served no later than **July 7, 2023**.

2.    Witness List. No later than **July 14, 2023**, each party shall submit a list of all witnesses to be examined at the hearing.

3.    Interpreters. No later than **July 21, 2023**, the parties shall submit a list of the interpreter(s) that the parties have engaged and (if more than one) state which witnesses or other portions of the testimony each interpreter is expected to cover. It is the parties' responsibility to supply qualified interpreters for all witnesses requiring interpretation.

4.    Exhibits.

    a.    No later than **July 28, 2023**, the parties shall submit to Chambers two copies of their pre-marked hearing exhibits (with plaintiff's exhibits marked with the prefix P and defendants' exhibits marked with the prefix D), tabbed, and neatly bound, with electronic courtesy copies contemporaneously submitted to Moses_NYSDChambers@nysd.uscourts.gov.

    b.    Each party must bring the originals of its own exhibits to court for the hearing, together with at least one extra copy, pre-marked with same numbers/letters as in the binders.

    c.    For exhibits introduced solely for rebuttal or impeachment, counsel must bring the original plus at least four copies (for the witness, the Court, the courtroom deputy, and opposing counsel).

      d.      If a party intends to use a flat screen, a projector, or other electronic equipment in connection with its exhibits, counsel must telephone the courtroom deputy well in advance of the hearing to describe the equipment and determine whether it can be accommodated.

5.      <u>Stipulations of Fact</u>. No later than **August 4, 2023**, the parties shall submit a joint stipulation of facts that are undisputed.

Dated: New York, New York  
       June 27, 2023

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**

2