UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/17/2023
```

BAKEMARK USA LLC,

        Plaintiff,

-against-

BRIAN NEGRON, et al.,

        Defendants.

23-CV-2360 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' lists of witnesses who may be presenting evidence at the hearing scheduled for August 7, 2023. (Dkts. 88-89.) Due to the number of witnesses anticipated, Judge Moses will hold a preliminary conference by telephone, on **August 3, 2023, at 2:00 p.m.** The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

Dated: New York, New York
       July 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**