UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKEMARK USA LLC,

        Plaintiff,

-against-

BRIAN NEGRON, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/03/2023
```

23-CV-2360 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

        For the reasons discussed during today's telephonic conference, it is hereby ORDERED that:

1. The evidentiary hearing previously scheduled for August 7, 2023 is ADJOURNED to **August 28, 2023, at 9:30 a.m.** The Court will hear up to seven hours of testimony on that day. If proceedings cannot be completed on August 28, the hearing will continue for a maximum of two hours on **August 29, 2023**, beginning at **9:30 a.m. These time limits will be strictly enforced.**

2. The deadline to file the joint stipulation of facts is EXTENDED to **August 17, 2023**.

3. The Court will not accept new testimony (either written or oral) from Matthew Blauvelt, on whom neither side relied in its preliminary injunction papers.

4. With regard to each remaining proposed witness, examination will take place sequentially (no matter which party first calls that witness). All proposed witnesses will be sequestered until their testimony is complete.

5. Judge Moses will hold a brief pre-hearing teleconference on **August 21, 2023, at 2:00 p.m.** The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

Dated: New York, New York
       August 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**