USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKEMARK USA LLC,

    Plaintiff,

-against-

BRIAN NEGRON, et al.,

    Defendants.

23-CV-2360 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed on the record during today's status conference, the parties must file a joint status letter no later than **October 1, 2024**. In their letter, the parties must address: (i) whether and when they plan to pursue discovery in this action; (ii) whether and when they anticipate motion practice with respect to arbitration; and (iii) whether and when they seek a mediation referral or a judicially supervised settlement conference. In addition, they must propose a date for defendants to answer plaintiff's complaint.

Dated: New York, New York
       September 5, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**