USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKEMARK USA LLC,

        Plaintiff,

-against-

BRIAN NEGRON, et al.,

        Defendants.

23-CV-2360 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint status letter (Dkt. 129) reporting that defendant Bakers Depot, LLC (Bakers Depot) has moved in the Bankruptcy Court to dismiss its bankruptcy proceeding, and that a hearing on that motion is scheduled for October 22, 2024. The parties appear to be optimistic that the motion will be granted at that hearing, meaning that there will no longer be an automatic bankruptcy stay in effect as to Bakers Depot.

    Accordingly, it is hereby ORDERED that:

    1.    All defendants except Bakers Depot must answer plaintiff's complaint no later than **October 17, 2024**. Bakers Depot must answer within **14 days** of the lifting of the bankruptcy stay.

    2.    Defendants must file any arbitration-related motions no later than **November 22, 2024**. Should Bakers Depot still be subject to the bankruptcy stay, it may join any such pending motion at such time as the stay is lifted.

    3.    The parties being in disagreement as to the value of a settlement conference, no such conference will be scheduled at this time.

Dated: New York, New York
       October 3, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**