USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKEMARK USA LLC,

          Plaintiff,

-against-

BRIAN NEGRON, et al.,

          Defendants.

23-CV-2360 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of the non-debtor defendants' October 8, 2024 letter (Dkt. 131) seeking clarification of the Courts' October 3, 2024 Order (Dkt. 130), as well as plaintiff's responding letter (Dkt. 131). The October 3 Order is AMENDED as follows:

1. The Court is not confident that "there are no remaining claims against the Individual Negrons in this forum." *See, e.g.*, Compl. (Dkt. 1) ¶¶ 182, 204. Consequently, all non-debtor defendants must file either an answer or a motion to dismiss no later than **October 17, 2024**. Bakers Depot must file its answer or motion within **14 days** of the lifting of the bankruptcy stay.

2. The non-debtor defendants must file any application for attorneys' fees related to plaintiff's preliminary injunction motion no later than **November 15, 2024**.

3. Any arbitration-related motions, whether by plaintiff or by defendants (including, without limitation, any motion to compel arbitration of the non-debtor defendants' fee application), must be filed no later than **November 22, 2024**.

Dated: New York, New York
       October 11, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**